issue of *res judicata*. It appears that appellant has never had the benefit of a review by an appellate court of the question tendered. Whether or not the doctrine of *res judicata* should be strictly applied by a court of original jurisdiction in a post-conviction proceeding is a question to be determined upon consideration of this application anew before another Judge. Cf. *People ex rel. Baumgart* v. *Martin,* 9 N Y 2d 351). (Appeal from order of Ontario County Court denying a motion to set aside a 1943 indictment.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK MUOIO et al., Relators, and JOSEPH MARROW, JR., and CARMEN C. BONNANO, Appellants, v. ALBERT SKINNER, as Sheriff of the County of Monroe, Respondent.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal from order of Monroe County Court denying a writ of habeas corpus and remanding the relators to the Sheriff for delivery to the custody of the agent of the State of Virginia.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK MUOIO and ROSARIO CHIRICO, Appellants, et al., Relators, v. ALBERT SKINNER, as Sheriff of the County of Monroe, Respondent.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal from order of Monroe County Court denying a writ of habeas corpus and remanding the relators to the Sheriff for delivery to the custody of the agent of the State of Virginia.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEO JOSEPH MLECZKO, Appellant, v. CHARLES C. McCLOSKEY, JR., as Sheriff of Chautauqua County, Respondent.— Memorandum: The Special Term erroneously determined that it lacked jurisdiction of the proceeding. (Appeal from order of Chautauqua Supreme Court denying a writ of habeas corpus.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VERNON R. WELLS, Relator, v. FRANK FELICETTA, as Commissioner of Police of the City of Buffalo, Respondent.— Appeal dismissed, upon stipulation.

■ In the Matter of WILLIAM J. POWERS, JR.— Motion for rehearing and for an order vacating, annulling and canceling order entered January 10, 1962, denied. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN COLAVECCHIO. (Murray J. Kirstein, Esq.) (B) THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT F. ECKERT. (Charles D. Newton, Esq.) (C) THE PEOPLE OF THE STATE OF NEW YORK v. WILBERT O. HARRIS. (John E. Doran, Esq.) (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES JANOSKO v. ROBERT E. MURPHY, as Warden of Auburn Prison. (Counsel not assigned.) (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JADY KELLY v. WALTER H. WILKINS, as Warden of Attica Prison. (David P. Feldman, Esq.) (F) THE PEOPLE OF THE STATE OF NEW YORK v. LAWRENCE MILLS. (Thomas P. Flaherty, Esq.) (G) THE PEOPLE OF THE STATE OF NEW YORK ex rel. KEITH LEE OSBORNE v. ROBERT E. MURPHY, as Warden of Auburn Prison. (Counsel not assigned.) (H) THE PEOPLE OF THE STATE OF NEW YORK v. GARRY BERNARD RHINEHART. (John B. Mowry, Esq.) (I) THE PEOPLE OF THE STATE OF NEW YORK v. DANIEL DI LAPO. (Adolph M. Newman, Esq.) (J) THE PEOPLE OF THE STATE OF NEW YORK v. HERBERT B. DUNCAN III. (Lester H. Rappaport, Esq.) (K) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM DUNCAN. (Samuel E. Pierson, Esq.) (L) THE PEOPLE OF THE STATE OF NEW YORK v. ADAM FLOWERS, JR.

(Sydney Rubin, Esq.) (M) THE PEOPLE OF THE STATE OF NEW YORK v. RALPH FRECCIA, JR. (John F. Lawton, Esq.) (N) THE PEOPLE OF THE STATE OF NEW YORK v. HENRY GONZALEZ. (Thomas Hartzell, Esq.) (O) THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD A. HALL. (No counsel assigned.) (P) THE PEOPLE OF THE STATE OF NEW YORK v. EARL SHERWOOD KINNEY. (Edward J. Murty, Jr., Esq.) (Q) THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS MEERS. (Appeal from order of Dec. 4, 1961. No counsel assigned.) (R) THE PEOPLE OF THE STATE OF NEW YORK v. HERBERT PARKER. (Thornton G. Edwards, Esq.) (S) In the Matter of MARTIN SOSTRE v. WALTER H. WILKINS, as Warden of Attica Prison, and Paul D. McGinnis, as Commissioner of Correction of New York. (Joseph M. Augustine, Esq.) (T) THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK D. THOMAS v. WALTER H. WILKINS, as Warden of Attica Prison. (Edward L. Keenan, Esq.) (U) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM M. WADDINGHAM. (F. James Kane, Jr., Esq.) (V) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT WESSER and WILLIAM WESSER v. WALTER H. WILKINS, as Warden of Attica Prison. (James J. McLoughlin, Esq.) (W) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT WILLIAMSON v. ROBERT E. MURPHY, as Warden of Auburn Prison. (John F. K. Cassidy, Esq.) (X) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT BURNEY. (Richard E. Moot, Esq.) (Y) THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS PORTER. (Counsel not assigned.) (Z) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH BARNES v. WALTER H. WILKINS, as Warden of Attica Prison.) (Carlton F. Messinger, Esq.) (AA) THE PEOPLE OF THE STATE OF NEW YORK v. BRUCE MCCOY. (Robert Craig, Esq.) (BB) THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE HUNT v. WALTER H. WILKINS, as Warden of Attica Prison. (Robert H. Miltenberger, II, Esq.) (CC) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH V. AUGELLO. (James L. Magavern, Esq.) (DD) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES BARONE. (Anne M. Mack.) (EE) THE PEOPLE OF THE STATE OF NEW YORK v. ELROY E. AMOS. (Charles J. Yorkey, Esq.) (FF) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN LEWIS ENGLISH. (Thomas J. Murphy, Esq.) (GG) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JESSE L. HUGHES, JR. v. ROBERT E. MURPHY, as Warden of Auburn Prison. (Robert N. Primo, Esq.) (HH) THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS ALLEN LE VESQUE. (Edmund Jesche, Esq.) (II) THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT J. MARRONE. (John A. Longeretta, Esq.) (JJ) THE PEOPLE OF THE STATE OF NEW YORK v. ROYCE ALFRED PERRY. (William Hoag, Esq.) — [In each action] Motion granted to prosecute appeal on original record, typed briefs, and counsel assigned.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL P. BERRY v. ROBERT E. MURPHY, as Warden of Auburn Prison. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MASON v. WALTER H. WILKINS, as Warden of Attica Prison. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. PARKER v. WALTER H. WILKINS, as Warden of Attica Prison. (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABRAHAM PRINCE v. WALTER H. WILKINS, as Warden of Attica Prison. (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNETH G. ROLESON v. WALTER H. WILKINS, as Warden of Attica Prison. (F) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES DAVID SCHULTZ v. WALTER H. WILKINS, as Warden of Attica Prison. (G) THE PEOPLE OF THE STATE OF NEW YORK v. HARRY THOMAS. (H) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES WILLIAMS v. WALTER H. WILKINS, as Warden of Attica Prison. (I) THE PEOPLE OF THE STATE OF NEW